```
CODE AFFT
FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
300 South Fourth Street, Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
Facsimile: (702) 252-7411
E-Mail: ddornak@fisherphillips.com
Attorneys for Plaintiff
Waste Management of Nevada, Inc.
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WASTE MANAGEMENT OF NEVADA, INC., <br><br> Plaintiff(s)/Petitioner(s), <br><br> vs. <br><br> INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL UNION 533, <br><br> Defendant(s)/Respondent(s). | Case No.: 3:18-cv-00539 <br><br> **AFFIDAVIT/DECLARATION OF SERVICE** |

STATE OF __Nevada__ )
                           ) ss.
COUNTY OF __Washoe__ )

I, *(insert name of person performing service)* __Sandra McCollum__, being duly sworn or under penalty of perjury, state that at all times relevant, I was over 18 years of age and not a party to or interested in the above-captioned case; that I received a copy of the following document(s) *(insert title of documents being served)*: __Summons in a Civil Action; Complaint; Motion for Preliminary Injunction; Ex Parte Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue__, on *(insert date server received documents)* __November 14__, 20 __18__; and that I served the same on Defendant *(insert name of Defendant being served)* __International Brotherhood of Teamsters Local Union 533__ on *(insert date and time documents were served)* __November 15__, 20 __18__, at the hour of __2:02__ __P__.M., by the following method *(complete appropriate paragraph below)*:

Page 1 of 3

1. **For personal service per NRCP 4(d)(6)**: Delivering and leaving a copy with Defendant at *(insert address at which documents were served)* _____.

2. **For substitute service per NRCP 4(d)(6)**: Delivering and leaving a copy with *(insert name or physical description of person served)* _____, a person of suitable age and discretion residing at Defendant's dwelling house or usual place of abode, at *(insert address where documents were served)* _____.

3. **For service on a business entity per NCRCP 4(d)(1) or (2)**: Delivering and leaving a copy with *(insert name or physical description of person served)* Gary Watson, who is Defendant's *(check one)* ☐ registered agent, ☐ officer, ☐ general partner, ☐ member, ☐ manager, ☐ trustee, ☐ director, or ☑ other *(specify)* President, at *(insert address at which documents were served)* 1190 Selmi Drive, Suite 100, Reno, NV 89512.

4. **For other method of service authorized by NRCP 4 or other rule or statute** *(cite applicable rule or statute and provide required information relating to service)*: _____.

*(Check one of the following boxes, date and sign, insert the address and phone number of the person performing service, and have this affidavit notarized or sign the unsworn declaration per NRS 53.045.)*

☑ I am a licensed process server or an employee of a licensed process server; my license or registration number is *(insert license or registration number)*: R-091158, Washoe County.

☐ I am not required to be licensed under chapter 648 of the Nevada Revised Statutes or another provision of law because I am not engaged in the business of serving legal process within the State of Nevada.

Date: November 16, 2018            Signature: _____

☐ Residential/ ☑ Business Address: 215 W. Alameda Ave., Burbank, CA 91502

Telephone: (877) 372-7261, ext. 280

SUBSCRIBED AND SWORN to before me this
16th day of November

NOTARY PUBLIC in and for the
County of Washoe, State of Nevada.

JOHNNO LAZVICH
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 04-89542-2 - Expires January 28, 2020

**OR ONE OF THE FOLLOWING: Per NRS 53.045**

(a) If executed in the State of Nevada: "I declare under penalty of perjury that the foregoing is true and correct."

Page 2 of 3

| | |
|---|---|
| Executed on: November 16, 2018 | _(signature)_ |
| (Date) | (Signature of Person Making Service) |

(b) If executed outside of the State of Nevada: "I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct."

| | |
|---|---|
| Executed on: _____ | _____ |
| (Date) | (Signature of Person Making Service) |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:18-cv-00539

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* International Brotherhood of Teamsters Local Union 533
was received by me on *(date)* November 14, 2018 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Gary Watson , who is designated by law to accept service of process on behalf of *(name of organization)* International Brotherhood of Teamsters Local Union 533 on *(date)* November 15, 2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: November 16, 2018

*Server's signature*

Sandra McCollum
(Registered Process Server; Washoe County, #R-091158)
*Printed name and title*

215 W. Alameda Ave., Burbank, CA 91502
(877) 372-7261, ext. 280
*Server's address*

Additional information regarding attempted service, etc:

**CERTIFICATE OF ELECTRONIC SERVICE**

This is to certify that on the 19th day of November 2018, the undersigned, an employee of Fisher & Phillips LLP, electronically filed the **foregoing Affidavit/Declaration of Service** with the U.S. District Court, and a copy was sent via U.S. Postal Services as follows:

>Michael Langton
>801 Riverside Dr.
>Reno, NV, 89503

By: /s/ Sarah J. Griffin
An employee of Fisher & Phillips LLP

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FPDOCS 34729519.1