# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WASTE MANAGEMENT OF NEVADA, INC. | ) Case No. 3:18-cv-00539-LRH-WGC )  ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO** ) **CONTINUE HEARING DATE** |
| vs. | ) **AND EXTENSION OF** ) **TEMPORARY RESTRAINING** |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL UNION 533, | ) **ORDER** ) ) |
| Defendant. | ) ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record to the following:

1. On November 9, 2018, Plaintiff Waste Management of Nevada, Inc. ("Waste Management") filed its Complaint (ECF No. 1), Motion for Preliminary Injunction (ECF No. 2), and Application for Temporary Restraining Order (ECF No. 3) against International Brotherhood of Teamsters Local Union 533 ("Union")

2. At 11:36 am, on November 14, 2018, the Court issued an Order granting the Application for Temporary Restraining Order. (ECF No. 6). The Order enjoined the Union from causing, encouraging, or participating in any strike, sympathy strike, slow-down, picketing, or any other activity which would tend to interfere with the orderly operations of Waste Management's business. The Order further did not require

Waste Management to post any bond or other security. All parties have received a copy of the Order.

3. The Court also informed the parties that it planned to schedule a hearing on the Motion for Preliminary Injunction on Tuesday, November 27, 2018. Due to witnesses being unavailable, the Union requested that the hearing occur during the week of December 3, 2018.

4. To accommodate the Union's request to move the hearing on Waste Management's Motion for Preliminary Injunction to after the Thanksgiving Holiday, the parties have agreed to hold the hearing on December 6, 2018; provided, all terms of the Order remaining in full force and effect.

5. The parties, therefore, have agreed that the Order granting the Application for Temporary Restraining Order shall remain in place until the Court issues its decision on the pending Motion for Preliminary Injunction at the December 6, 2018 hearing. Meaning, that the Union is enjoined from causing, encouraging, or participating in any strike, sympathy strike, slow-down, picketing, or any other activity which would tend to interfere with the orderly operations of Waste Management's business until the Court decides the pending Motion for Preliminary Injunction.

DATED this 16th day of November, 2018.

| FISHER & PHILLIPS LLP | LAW OFFICES OF MICHAEL E. LANGTON |
|---|---|
| By: /s/ David B. Dornak, Esq. | By: /s/ Michael E. Langton, Esq. |
| DAVID B. DORNAK, ESQ. | MICHAEL E. LANGTON, ESQ. |
| 300 South Fourth Street, Ste. 1500 | 801 Riverside Drive |
| Las Vegas, Nevada 89101 | Reno, Nevada 89503 |
| Attorney for Plaintiff | Attorney for Defendant |

ORDER

IT IS SO ORDERED.

DATED this 20th day of November, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE