# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WASTE MANAGEMENT OF NEVADA, INC. | ) Case No. 3:18-cv-00539 )  ) |
| Plaintiff, | ) **PERMANENT INJUCTION** ) |
| vs. | ) ) |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL UNION 533, | ) ) ) |
| Defendant. | ) ) |

Plaintiff Waste Management of Nevada, Inc. ("Waste Management") has filed a Complaint seeking a permanent injunction prohibiting defendant International Brotherhood of Teamsters, Local Union 533 (the "Union") from engaging in a strike or otherwise participating in any activity that would disrupt its business. Upon stipulation of the parties, the Court grants the request for a permanent injunction. In addition, the Union's pending motion to dismiss is DENIED as moot.

This action arises out of a dispute between Waste Management and the Union concerning the "Meal and Break Guidelines for NCN Collections Truck Drivers" ("Meal and Break Guidelines") provided to the Union by Waste Management on July 19, 2018. The collective bargaining agreement (CBA) between Waste Management and the Union contains a no-strike provision and a grievance and arbitration provision. This injunction is being issued to prevent the Union from striking or otherwise violating the no-strike provision in the current CBA instead of using the grievance and arbitration provision in the current CBA in order to settle its disputes arising out of the Meal and

1

Break Guidelines.

IT IS THEREFORE ORDERED that Waste Management's request for a permanent injunction is GRANTED. This injunction applies to any dispute between the Union and Waste Management arising out of the Meal and Break Guidelines.

The Union, its members, all employees covered by the CBA and any other person described in Federal Rule of Civil Procedure 65 (d) (2) are ENJOINED from causing, encouraging, or participating in any strike, sympathy strike, slow-down, picketing, or any other activity which would tend to interfere with the orderly operations of Waste Management's business. The Court shall tax the Plaintiff's filing fee against Defendant.

DATED this ____ day of December, 2018.

| FISHER & PHILLIPS LLP | LAW OFFICES OF MICHAEL E. LANGTON |
|---|---|
| By: /s/ David B. Dornak, Esq.<br>DAVID B. DORNAK, ESQ.<br>300 South Fourth Street, Ste. 1500<br>Las Vegas, Nevada 89101<br>Attorney for Plaintiff | By: /s/ Michael E. Langton, Esq.<br>MICHAEL E. LANGTON, ESQ.<br>801 Riverside Drive<br>Reno, Nevada 89503<br>Attorney for Defendant |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: Dec. 6, 2018

FPDOCS 34779842.1

2